| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| HAVIES THOMPSON, | § |
| | § |
| Petitioner, | § |
| | § |
| versus | § CIVIL ACTION NO. 1:11-CV-40 |
| | § |
| M. MARTIN, | § |
| | § |
| Respondent. | § |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Havies Thompson, an inmate currently confined at FCI Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the petition for writ of habeas corpus be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed by either party to date.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case

in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 2nd day of July, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE